UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                                  Bankruptcy No.

       3073 EMMONS AVENUE CORP.                    Chapter 11

-------------------------------------------------------------X

## LIST OF CREDITORS HOLDING UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address, including Zip Code | Name, Telephne Number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| NEW YORK STATE DEPT OF FIN<br>NYS ASSESSMENT RECEIVABLES<br>PO BOX 4127<br>BINGHAMTON, NY 13902-4127 | NEW YORK STATE DEPT OF FIN<br>NYS ASSESSMENT RECEIVABLES<br>PO BOX 4127<br>BINGHAMTON, NY 13902-4127 | Taxes | | $180,000 |
| IRS DEPT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>IRS-ACS/CDP<br>PO BOX 42346<br>PHILADELPHIA, PA 19101-2346 | IRS DEPT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>IRS-ACS/CDP<br>PO BOX 42346<br>PHILADELPHIA, PA 19101-2346 | Taxes | | $25,000 |
| Consolidated Edison Company of New York, Inc.<br>30 Flatbush Ave, 4th Floor<br>Brooklyn, New York 11217 | Consolidated Edison Company of New York, Inc.<br>30 Flatbush Ave, 4th Floor<br>Brooklyn, New York 11217 | Utility | | $15,600 |
| The Brooklyn Union Gas Company<br>1 Metrotech Ctr Fl 1<br>Brooklyn, New York 11201 | The Brooklyn Union Gas Company<br>1 Metrotech Ctr Fl 1<br>Brooklyn, New York 11201 | Utility | | |